LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ.
Ca. Bar #123319
18377 Beach Blvd.,
Suite 210
Huntington Beach, CA 92647
(661) 588-9220

Counsel for Secured Creditor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 09-17165-lbr |
| Odis R. and Linda D. Reid, | Chapter 13 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

      PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), Ocwen Loan Servicing, LLC, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to LES ZIEVE, ESQ., at the following office and address and that the following counsel for Ocwen Loan Servicing, LLC, be included on the master mailing list:

      Les Zieve, Esq.
**LAW OFFICES OF LES ZIEVE**
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648
Telephone: (661) 588-9220
Fax Number: (661) 588-9221
jsimpkins@zievelaw.com

100-233.RSN-NV/pmp

1

        **OCWEN**
        **Attn: Bankruptcy Department**
        **12650 Ingenuity Drive**
        **Orlando, FL 32826**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: May 28, 2009                          Respectfully submitted,

                                                 LAW OFFICES OF LES ZIEVE

                                                 /s/ Les Zieve
                                                 _____
                                                 By: LES ZIEVE
                                                 Counsel for Secured Creditor,
                                                 Ocwen Loan Servicing, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Patricia Palmer**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210, Huntington Beach, California 92648.

On **May 28, 2009**, I served the within **REQUEST FOR SPECIAL NOTICE AND PROOF OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

**ODIS R and LINDA D. REID**
9501 CAMINO CAPISTRANO LN
LAS VEGAS, NV 89147

**ANTHONY DELUCA, Attorney**
5830 W. FLAMINGO RD., #233
LAS VEGAS, NV 89103

**KATHLEEN LEAVITT, Trustee**
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101

I certify under penalty of perjury the foregoing is true and correct.

Executed on **May 28, 2009** at Huntington Beach, California.

*/s/ Patricia Palmer*

**Patricia Palmer**

100-233.RSN-NV/pmp